**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JESSICA MARSH,

      Plaintiff,                                  CASE NO. 3:11-cv-00004-MMH-JRK

v.

NCC BUSINESS SERVICES, INC.,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, JESSICA MARSH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

      Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

      RESPECTFULLY SUBMITTED,

      By: /s/ James Pacitti_____
          James Pacitti (FBN: 119768)
          Krohn & Moss, Ltd
          10474 Santa Monica Blvd, Suite 401
          Los Angeles, CA 90025
          Phone: (323) 988-2400 x 230
          Fax: (866) 385-1408
          jpacitti@consumerlawcenter.com
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Ernest H. Kohlmyer, III, Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff
