**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JESSICA MARSH,

                Plaintiff,

-vs-                                              Case No. 3:11-cv-4-J-34JRK

NCC BUSINESS SERVICES, INC.,

                Defendant.

_____

**O R D E R**

**THIS MATTER** comes before the Court on the Notice of Settlement (Dkt. No. 8; Notice) filed on April 21, 2011. In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **June 21, 2011**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **June 21, 2011**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for March 19, 2012, is cancelled, and this case is removed from the April 2, 2012, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of April, 2011.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record