**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JESSICA MARSH,

    Plaintiff,                           Case No.:  3:11-cv-00004-MMH-JRK

vs.

NCC BUSINESS SERVICES, INC.,

    Defendant,

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND PROPOSED ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, JESSICA MARSH, and Defendant, NCC BUSINESS SERVICES, INC., stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, JESSICA MARSH, against Defendant, NCC BUSINESS SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated:  May 6, 2011                                        RESPECTFULLY SUBMITTED,

                                                        By:  /s James Pacitti_____
                                                           James Pacitti
                                                           Krohn & Moss, Ltd
                                                           10474 Santa Monica Blvd.,
                                                           Suite 401
                                                           Los Angeles, CA 90025
                                                           Phone:  (323) 988-2400 x 230
                                                           Fax:    (866) 385-1408
                                                          jpacitti@consumerlawcenter.com
                                                           Attorney for Plaintiff
                                                           FBN: 119768

Dated: May 6, 2011   RESPECTFULLY SUBMITTED,

By: /s/ Ernest H. Kohlmyer
    Ernest H. Kohlmyer, III
    South Milhausen, P.A.
    Gateway Center
    1000 Legion Place, Suite 1200
    Orlando, Florida 32801
    skohlmyer@southmilhausen.com
    Phone: (407) 539-1638
    Fax:    (407) 539-2679
    Attorney for Defendant
    FBN: 0110108

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this _____ day of May, 2011

_____
The Honorable Marcia Morales Howard
United States District Judge