UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSICA MARSH,

           Plaintiff,

-vs-                                        Case No.  3:11-cv-4-J-34JRK

NCC BUSINESS SERVICES, INC.,

           Defendant.
_____

### ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 10; Stipulation) filed on May 6, 2011.  In the Stipulation, the parties state that they agree to the dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of May, 2011.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record